# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 14-50310
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2015

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDWARD LEON KAVANAUGH,

Defendant-Appellant

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-469-1

———————

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Edward Leon Kavanaugh has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Kavanaugh has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Kavanaugh's claims of ineffective assistance of counsel; we therefore decline to consider the claims

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50310

without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Kavanaugh's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, the APPEAL IS DISMISSED, and Kavanaugh's request for new appointed counsel is DENIED. *See* 5TH CIR. R. 42.2; *United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).